**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 25-10761** |
| **DOMINIECE JADE LACROIX,** | § | **CHAPTER 11** |
| **DEBTOR.** | § | **SECTION A** |

# SCHEDULING ORDER

Before the Court is the *Debtor's First Amended Plan of Reorganization Dated October 1, 2026* (the "Plan"), [ECF Doc. 118], and the *Debtor's First Amended Disclosure Statement Dated October 1, 2026* (the "Disclosure Statement"), [ECF Doc. 119].

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the *Debtor's Motion To Consolidate Plan and Disclosure Statement*, [ECF Doc. 46], is **GRANTED**.

**IT IS FURTHER ORDERED** that the adequacy of the Disclosure Statement under 11 U.S.C. § 1125 is **CONDITIONALLY APPROVED**.

**IT IS FURTHER ORDERED** that the Disclosure Statement and the Plan are set for a final hearing on **Monday, December 14, 2026, at 9:30 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that:

1. Plan proponent(s) may now solicit acceptances or rejections of the Plan pursuant to 11 U.S.C. § 1125.

2. **Monday, December 7, 2026**, is fixed as the last day for filing acceptances or rejections of the Plan pursuant to 11 U.S.C. § 1125.

3. **Monday, December 7, 2026**, is fixed as the last day for filing and serving, pursuant to Rule 3020(b)(1), written objections to confirmation of the Plan.

4. Not later than **Monday, November 16, 2026**, the Disclosure Statement, the Plan, a ballot conforming to Official Form No. 14, and a copy of this Order shall be transmitted by mail and/or electronic filing in compliance with the Bankruptcy Rules, by counsel for the Debtor, to the creditors, equity security holders and other parties in interest, and to the United States Trustee as provided by Bankruptcy Rule 3017(d).

5. Not later than **Thursday, November 19, 2026**, an affidavit of mailing shall be filed into the record by debtor's counsel.

6. Debtor's counsel is to tabulate the acceptances and/or rejections of the Plan certify the tabulation of ballots and file the tabulation of ballots into the record by **Friday, December 11, 2026.**

7. Counsel's Tabulation of Ballots <u>must</u> include the following:

   a. The correct name and number of the case.

   b. The identity of the plan, including any modifications.

   c. The total amount and number of creditors in each class; the acceptances in number and amount of each class; and the rejections in number and amount of each class.

   d. A clear and concise summation of each class as to whether or not each class meets the requirements of the Code for acceptance of the plan.

   e. Scanned copies of each ballot received as exhibits.

**FAILURE TO COMPLY WITH THE FOREGOING TABULATION AND VERIFICATION REQUIREMENTS MAY RESULT IN FAILURE TO CONFIRM THE PLAN.**

8. **Submission of Exhibits**. Parties will exchange electronic copies of all exhibits and file witness and exhibit lists as well as the exhibits themselves into the record on or before **Monday, December 7, 2026**. Each exhibit must be filed as a separate attachment to the exhibit list and must be identified and offered into evidence by reference to the CM/ECF docket number of the filed exhibit. Impeachment exhibits must be submitted to the Court via separate e-mail to SectionAorders@laeb.uscourts.gov in .pdf format not later than **Friday, December 11, 2026, at 5:00 p.m.**

9. The Court will not permit any fact or expert witness to testify or exhibits to be used unless the pertinent party has complied with this Scheduling Order as it pertains to witnesses and exhibits without an Order of this Court allowing it to do so for good cause shown.

10. Deadlines fixed herein may be extended by the Court only upon timely motion and upon a showing of good cause.

11. **Transcribing the Hearing.** The Court will record the Hearing but will not issue a contemporaneous transcript. If a party wishes to obtain an expedited transcript of the Hearing, they may hire a private transcriptionist who the Court can permit to access the proceeding to transcribe it. It is the requesting party's responsibility to cover the cost of a transcriptionist. The transcriptionist must transcribe the entire Hearing. The party must provide the Court with the transcriptionist's name and e-mail address by e-mailing SectionAOrders@laeb.uscourts.gov by **Monday, December 7, 2026, at 5:00 p.m.** Unless there is good cause to decide otherwise, the Court will accept the transcriptionist's certified transcript of the entire Hearing as the official transcript. Once the requesting party receives the transcript, the transcriptionist must provide the

transcript(s) directly to the Clerk's Office for docketing at Jennifer_Nunnery@laeb.uscourts.gov. If no party arranges for a contemporaneous transcription, a person may instead request that a transcript be prepared afterwards from the recording of the Hearing by e-mailing Jennifer Nunnery in the Clerk's Office at Jennifer_Nunnery@laeb.uscourts.gov. The requesting party will be responsible for covering the costs of the transcript before it will be made available by the Court.

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 20, 2026.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE